**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ESTÉE LAUDER COSMETICS LTD. and MAKE-UP ART COSMETICS INC., <br><br> Plaintiffs, <br> v. <br><br> [REDACTED] and [REDACTED], <br><br> Defendants. | Case No. 20-cv-00820 <br><br> **Judge Edmond E. Chang** <br><br> **Magistrate Judge Gabriel A. Fuentes** |

**PLAINTIFFS'** *EX PARTE* **MOTION TO
EXTEND THE TEMPORARY RESTRAINING ORDER**

Plaintiffs Estée Lauder Cosmetics Ltd. and Make-Up Art Cosmetics Inc. (together, "Plaintiffs") seek to extend the Temporary Restraining Order granted and entered by the Court on February 13, 2020, by a period of fourteen (14) days until March 12, 2020. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

Dated this 18th day of February 2020.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiffs Estée Lauder Cosmetics Ltd. and Make-Up Art Cosmetics Inc.*