IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ESTÉE LAUDER COSMETICS LTD. and MAKE-UP ART COSMETICS INC., <br><br> Plaintiffs, <br><br> v. <br><br> [REDACTED] and [REDACTED], <br><br> Defendants. | Case No. 19-cv-07878 <br><br> **Judge Edmond E. Chang** <br><br> **Magistrate Judge Sunil R. Harjani** |

## DECLARATION OF JUSTIN R. GAUDIO

I, Justin R. Gaudio, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiffs Estée Lauder Cosmetics Ltd. and Make-Up Art Cosmetics Inc. (together, "Plaintiffs"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. As of February 18, 2020, third parties have not completed effectuating the Temporary Restraining Order. Plaintiffs plan to freeze financial accounts identified by the third parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 18th day of February 2020 at Chicago, Illinois.

/s/ Justin R. Gaudio
Justin R. Gaudio
Counsel for Plaintiffs Estée Lauder Cosmetics Ltd.
and Make-Up Art Cosmetics Inc.
